1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM STAFFORD, et al.,                    1:15-cv-00038 DLB (PC)

12              Plaintiff,

13         v.                                     ORDER GRANTING APPLICATION
                                                  TO PROCEED IN FORMA PAUPERIS
14   NORM KRAMER,
                                                  (Document# 2)
15              Defendant.

16

17

18         Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19   § 1983.   Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq.

20   are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.

21   Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

22         In the instant action, plaintiff filed an application to proceed in forma pauperis.

23   Examination of these documents reveals that plaintiff is unable to afford the costs of this action.

24   Accordingly, the motion to proceed in forma pauperis is GRANTED.

25

26   IT IS SO ORDERED.

27       Dated:   **January 12, 2015**              /s/ Dennis L. Beck

28                                                UNITED STATES MAGISTRATE JUDGE

                                              1